# IN THE SUPREME COURT OF THE STATE OF NEVADA

RAMON AGUSTIN MORGA,
     Appellant,
    vs.
THE STATE OF NEVADA,
     Respondent.

No. 76884

**FILED**

OCT 12 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

  This is a premature appeal from an order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

  Appellant's counsel has filed a motion to voluntarily withdraw this appeal. Counsel advises this court that he has informed appellant that the appeal is premature and that he is continuing to represent appellant in the district court and will preserve his appellate rights at the conclusion of the district court proceedings. Counsel further represents that having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

  ORDER this appeal DISMISSED.

_Pickering_ , J.
Pickering

_Gibbons_ J.
Gibbons

_Hardesty_ , J.
Hardesty

cc: Hon. Michael Villani, District Judge
Terrence M. Jackson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk